```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    23cv2920 (DLC)
METROM RAIL, LLC,                         :
                                          :
                          Plaintiff,      :    ORDER
              -v-                         :
                                          :
GROUND TRANSPORTATION SYSTEMS USA         :
INC., et al.,                             :
                                          :
                          Defendants.     :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

A Joint Stipulation and Order of April 21, 2023 stayed this action pending the U.S. Patent and Trial Appeal Board's ("PTAB") decisions on the defendants' petitions for <u>inter partes</u> review. The PTAB decisions on institution were due on July 26.

It is hereby

ORDERED that by **August 17, 2023,** the parties shall file a letter regarding the status of the PTAB proceedings.

Dated:   New York, New York
         August 10, 2023

                                  _____
                                           DENISE COTE
                                  United States District Judge