```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    23cv2920 (DLC)
METROM RAIL, LLC,                         :
                                          :
                         Plaintiff,       :        ORDER
              -v-                         :
                                          :
GROUND TRANSPORTATION SYSTEMS USA         :
INC., et al.,                             :
                                          :
                         Defendants.      :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

A Joint Stipulation and Order of April 21, 2023 stayed this action pending the U.S. Patent and Trial Appeal Board's ("PTAB") decisions on the defendants' petitions for inter partes review. On June 18, 2024, the PTAB issued Final Written Determinations ("FWDs") finding all claims of the '227 and '131 patents unpatentable except claims 17-20 of the '131 patent. Both parties appealed the portions of the FWDs adverse to them. On May 11, 2026, the Federal Circuit issued an opinion and judgment affirming the PTAB's determination that all claims of the '227 patent and claims 1-16 are unpatentable, and reversing the PTAB's determination that claims 17-20 of the '131 patent are not unpatentable. See Metrom Rail, LLC v. Siemens Mobility, Inc., et al., Nos. 2024-2223, 2024-2236, 2024-2264, 2026 WL 1295229, at *1 (Fed. Cir. May 11, 2026). It is hereby

ORDERED that, by **May 29, 2026,** the parties shall confer and

file a letter on the docket with their proposed next steps.

Dated:    New York, New York
          May 20, 2026

                                    _____
                                         DENISE COTE
                                    United States District Judge

2