UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

METROM RAIL, LLC,

Plaintiff,

-v-

GROUND TRANSPORTATION SYSTEMS USA INC., et al.,

Defendants.

METROM RAIL, LLC,

Plaintiff,

-v-

SIEMENS MOBILITY, INC.,

Defendant.

METROM RAIL, LLC,

Plaintiff,

-v-

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY and PIPER NETWORKS, INC.,

Defendants.

23cv2920 (DLC)
23cv3057 (DLC)
25cv10417 (DLC)

ORDER

DENISE COTE, District Judge:

Plaintiff Metrom Rail, LLC having informed the Court that the mandate is expected to be issued from the Federal Circuit on August 3, 2026, it is hereby

ORDERED that the plaintiff shall circulate proposed protective orders to defense counsel in each of the above-captioned matters by **August 7, 2026.** The parties shall aim to submit a jointly proposed protective order to the Court in mid-August.

IT IS FURTHER ORDERED that the plaintiff shall submit an amended pleading in 23cv3057 by **August 14, 2026.**

IT IS FURTHER ORDERED that the parties in each of the above-captioned matters shall, by **August 28, 2026,** coordinate with one another and submit a letter proposing a schedule for the resolution of issues related to claim construction and the validity of the '738 Patent. The schedule shall specify that the plaintiff serves defendants with its Disclosure of Asserted Claims and Infringement Contentions by **September 14, 2026,** and that defendants serve plaintiffs with their Invalidity Contentions by **October 29, 2026.** _See_ SDNY Local Patent Rules 6-7. The parties shall also address in the letter, _inter alia_, whether they wish to be referred for settlement discussions, supported by informal discovery between the parties.

Dated: New York, New York
August 3, 2026

DENISE COTE
United States District Judge