UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

METROM RAIL, LLC,

Plaintiff,

-v-

GROUND TRANSPORTATION SYSTEMS USA INC., et al.,

Defendants.

METROM RAIL, LLC,

Plaintiff,

-v-

SIEMENS MOBILITY, INC.,

Defendant.

METROM RAIL, LLC,

Plaintiff,

-v-

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY and PIPER NETWORKS, INC.,

Defendants.

23cv2920 (DLC)
23cv3057 (DLC)
25cv10417 (DLC)

ORDER

DENISE COTE, District Judge:

Having reviewed the parties' August 28, 2026 submission, it is hereby

ORDERED that the defendants' proposal for consolidated

claim construction proceedings is adopted.

IT IS FURTHER ORDERED that the following schedule shall govern the claim construction proceedings:

1. Metrom Rail will disclose its Asserted Claims and Infringement Contentions with individualized sets of contentions for each case by **September 11, 2026.**

2. Defendants will serve their Joint Invalidity Contentions by **October 30, 2026.**

3. The parties will disclose their Proposed Terms for Construction (one disclosure across all cases) by **November 20, 2026.**

4. The parties will disclose their Proposed Constructions and Extrinsic Evidence (one disclosure across all cases) by **December 11, 2026.**

5. The parties will file a Joint Disputed Claim Terms Chart (one chart across all cases) by **December 18, 2026.**

6. Metrom Rail will file its Opening Claim Construction brief (one brief across all cases) by **January 22, 2027.**

7. Defendants will file their Joint Responsive Claim Construction brief by **February 19, 2027.**

8. Metrom Rail will file its Reply Claim Construction brief by **February 26, 2027.**

Dated: New York, New York
September 1, 2026

Denise Cote

DENISE COTE
United States District Judge